UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADIE SAVO RADOVICH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | No. 1:16-CV-00538-SKO<br><br>**ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920**<br><br>(Doc. 18) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (Doc. 18), fees and expenses in the amount **of three thousand six hundred dollars ($3,600)**, as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, shall be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **November 6, 2017**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES AND EXPENSES PURSUANT TO EAJA